UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JOSEPH BULLOCK,

        Plaintiff,

-v-                                          No. 15-cv-5255-LTS-DF

MONICA RECKENWALD and
JUAN BALTAZAR,

        Respondents.

-------------------------------------------------------x

## Order

      Pro se petitioner Joseph Bullock ("Petitioner") seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, following prison disciplinary proceedings that resulted in his loss of 41 days of "good-time credit." (See Docket Entry No. 2.) The Petitioner also moves for the imposition of judicial sanctions against respondent Juan Baltazar, pursuant to Rule 37 of the Federal Rules of Civil Procedure. (See Docket Entry No. 37.) On August 24, 2016, Magistrate Judge Debra C. Freeman issued a Report and Recommendation (the "Report") recommending that the petition be dismissed in its entirety and the petitioner's motion for sanctions be denied. No objections to the Report have been filed by either party.

      When reviewing a report and recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C.S. § 636(b)(1) (C) (LexisNexis 2016). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Service, Inc., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (internal citations and quotation marks omitted).

Having reviewed Magistrate Judge Freeman's thorough and well-reasoned Report, to which no objection has been made, the Court finds no clear error. Therefore, the Court adopts the Report in its entirety. Accordingly, Petitioner's petition for habeas corpus is dismissed and the motion for sanctions is denied. The Clerk of Court is directed to enter judgment accordingly and close this case. This Order resolves docket entry number 2, 34, and 41.

SO ORDERED.

Dated: New York, New York
September 30, 2016

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:

Mr. Joseph Bullock
50433-019
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963